IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSALEE DWYER, | CASE NO. CV F 11-1107 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** |
| vs. | (Doc. 13.) |
| APPLE GILROY, INC., et al., | |
| Defendants. | |

Based on plaintiff's notice under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action with prejudice as to defendants Danielle Gonzalez, Andrew Williams and Janelle Martin only. The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   November 7, 2011**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1