# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSALEE DWYER,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE GILROY, INC.,<br><br>        Defendant(s). | 1:11-cv-01107-LJO-SMS (Doc. 14)<br><br>**ORDER FOR DEFENDANT**<br>**TO SHOW CAUSE**<br>(Doc. 9) |

On September 14, 2011, this Court issued an Order of Reassignment due to the retirement of Senior United States District Court Judge Oliver W. Wanger (Doc. 9). The Order withdrew Judge Wanger's assignment to the action and ordered the parties to affirmatively indicate whether they would consent or decline to the jurisdiction of the assigned United States Magistrate Judge. The parties were ordered to complete and file the Consent/Decline form (Doc. 9-1) within thirty (30) days. Over thirty (30) days have passed and defendant has not filed the required form attached to the Order of September 14, 2011 (Doc. 9-1).

Accordingly, defendant is ORDERED TO SHOW CAUSE, if any it has, why sanctions should not be imposed for failing to comply with the Court's September 14, 2011, Order (Doc. 9-1). Defendant SHALL file a written response to this Order to Show Cause within ten (10) days of the date of service of this Order. Alternatively, defendant may comply with this Order to Show Cause by filing the required Consent/Decline form (Doc. 9-1) within ten (10) days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   November 18, 2011                           /s/ Sandra M. Snyder
                                                         UNITED STATES MAGISTRATE JUDGE