IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSALEE DYWER, | CASE NO. CV F 11-1107 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 21.) |
| APPLE GILROY, INC., et al., et al., | |
| Defendant. | |

_____/

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.    DISMISSES with prejudice this entire action;

2.    VACATES all pending matters; and

3.    DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:    January 10, 2012**            /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE